UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED TRIBBEY,<br><br>            Petitioner,<br><br>       v.<br><br>SACRAMENTO SUPERIOR COURT, et al.,<br><br>            Respondents. | No. 2:25-cv-0365-DJC-SCR P<br><br><br>ORDER |

Petitioner, a former county pretrial detainee currently in state custody proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are adopted in full;

2. Petitioner's application for a writ of habeas corpus is summarily dismissed without prejudice based on the *Younger* abstention doctrine;

3. Petitioner's motion for the appointment of counsel (ECF No. 12) is denied as moot;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 25, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

trib0365.804.hc

2